CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 09 2014

JULIA C. DOOLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

VINCENT CLAY ROBERTSON, )
)
    Petitioner, )    **Criminal Action No. 7:12cr18**
)
v. )    **2255 FINAL ORDER**
)
UNITED STATES OF AMERICA, )    **By: Samuel G. Wilson**
)    **United States District Judge**
)
    Respondent. )

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that Robertson's § 2255 motion to vacate his sentence (ECF No.

38) is **DENIED**; and the government's motion to dismiss Robertson's § 2255 motion (ECF No.

48) is **GRANTED**. The case is hereby **DISMISSED** and is **STRICKEN** from the court's active

docket. Further, finding that Robertson has failed to make the requisite substantial showing of

the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of

appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum

opinion to the parties.

    **ENTER**: April 9, 2014

_____
UNITED STATES DISTRICT JUDGE